**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,

           *Plaintiff,*

v.

CKB 168 HOLDINGS LTD., ET AL.

           *Defendants,*

- AND -

ROSANNA LS INC.,
           *Relief Defendants.*
-----------------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUN 19 2014 ★

BROOKLYN OFFICE

CASE NO. 13-cv-5584
(RRM) (RLM)

**STIPULATION AND [PROPOSED] ORDER MODIFYING ORDER GRANTING**
**PRELIMINARY INJUNCTION, FREEZING ASSETS AND OTHER RELIEF AS TO**
**DEFENDANTS DALIANG ("DAVID") GUO, JOAN CONGYI MA (AKA "JC MA"), YAO LIN**
**AND WEN CHEN HWANG (AKA "WENDY LEE")**

This matter is before the Court on application of the Securities and Exchange Commission ("Commission" or "SEC") and Defendants Daliang ("David") Guo (hereinafter, "Guo"), Joan Congyi Ma (a/k/a "JC Ma") (hereinafter, "Ma"), Yao Lin ("Lin") and Wen Chen Hwang (a/k/a "Wendy Lee") (hereinafter, "Lee"), for an Order modifying the November 19, 2013 Order granting preliminary injunction, freezing assets and other relief as to Guo, Ma, Lin and Lee, and others (hereinafter, the "November 19th Order"). The Court, having considered all papers filed earlier by the SEC, as well as the stipulation of the parties, makes the following findings:

WHEREAS, the Court entered the November 19th Order freezing assets of Guo, Ma, Lin and Lee;

WHEREAS, counsel for Guo, Ma, Lin and Lee, on the one hand, and counsel for the SEC, on the other hand, have reviewed this Stipulation and [Proposed] Order modifying the November 19th Order, and the parties have consented to the immediate entry of the Order;

- 1 -

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED** that, the relief granted in the November 19th Order is extended and continues in all respects as to Guo, Ma, Lin and Lee, subject to the following modifications:

1. Guo shall be allowed to access one bank account for reasonable living expenses, to be fixed at $3,000.00 per month, and to pay reasonable attorneys fees during the pendency of this matter, to be fixed at $2,000.00 per month. Guo may access his Chase Bank account ending in 9205 to pay these expenses and fees.

2. Lin shall be allowed to access the Ouni International Trading, Inc. Chase Bank account ending in 9800 for the purpose of transferring $25,000.00 to his Chase Bank account ending in 2883. These funds are to be used exclusively for the purposes of paying his monthly living expenses and legal expenses.

3. Lin's monthly stipend for legal expenses, as set forth in the November 19th Order, in the amount of $2,000.00, shall be increased to $12,000.00 for the month of June 2014 in order to cover those legal expenses Lin anticipates incurring in connection with his deposition in this matter, currently scheduled for June 12 and 13, 2014 at the SEC's offices in New York.

4. Lee's monthly stipend for legal expenses, as set forth in the November 19th Order, in the amount of $2,000.00 shall be increased to $12,000.00 for the month of May 2014 in order to cover those costs and fees Lee incurred in connection with her deposition in this matter, which took place on May 13 and 14, 2014.

5. In order to cover these fees, Lee shall be allowed to access her line of credit at EastWest Bank, account ending in 0001.

6. Ma may utilize her EastWest Bank account, ending in 1451, for the purpose of satisfying her 2013 Federal and State income tax liabilities. Ma may make the following payments against this account: 1) $9,885.00 to the Internal Revenue Service, in order to pay Ma's federal taxes; 2) $419.00 to

- 2 -

the State of California, in order to pay Ma's state taxes; 3) $8,642.52 to the Treasure of Orange County, California, to pay Ma's property taxes and penalties (said amount is broken down as $4,309.76 in taxes and penalties which was due November 1, 2013, and $4,332.76 in taxes and penalties that was due April 10, 2014); and 4) $210.00 to the California Franchise Tax Board.

7. Ma may also make a payment of $911.24 to the West San Gabriel Valley Association of Realtors, in order to pay dues Ma owes in relation to her practice as a real estate broker.

8. The November 19th Order, except as modified herein, remains in effect as to Guo, Lin, Lee and Ma in all other respects.

SO AGREED:

_____
John V. Golaszewski, Esq.
Schiller Law Group, P.C.
130 West 42nd Street, Suite 1002
New York, New York 10036
T: (212) 768-8700
F: (866) 32601548
jg@asfirm.com

*Counsel for Defendants Guo, Ma Lin and Lee*

Dated: 6.9.14

_____
Daniel J. Maher, Esq.
U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549
T: (202) 551-5346
F: (202) 772-9227
maherd@sec.gov

*Counsel for Plaintiff Securities and Exchange Commission*

Dated: 6-9-14

SO ORDERED:

s/Roslynn R. Mauskopf

_____
Hon. Roslynn R. Mauskopf
United States District Judge

6/17/2014