UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>CKB168 HOLDINGS LTD., ET AL.,<br><br>Defendants,<br><br>ROSANNA LS INC., ET AL.,<br><br>Relief Defendants | CIVIL ACTION NO.<br>13-CV-5584 (RRM) (RLM) |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that the Notice of Motion to Withdraw as Counsel (D.E. # 219), Memorandum of Law in Support of Duane Morris LLP's Motion to Withdraw as Counsel (D.E. # 221), and the Declaration of Suzan Jo in Support of Duane Morris LLP's Motion to Withdraw as Counsel (corrected) (D.E. # 222) were served **by email** on February 13, 2015 upon Hung Wai ("Howard") Shern and Rui Ling ("Florence") Leung, in their individual capacities and as agents of CKB168 Holdings, Ltd., WIN168 Biz Solutions, Ltd., CKB168, Ltd., CKB168 Biz Solutions, Inc., and Cyber Kids Best Education, Ltd.

Dated: New York, New York
       February 13, 2015

**DUANE MORRIS** LLP

By:    /s/Suzan Jo
      Marvin Pickholz
      Suzan Jo
      Justin D'Elia
1540 Broadway
New York, NY 10036-4086
Telephone: +1 212 692 1000
Fax: +1 212 692 1020

*Attorneys for Defendants CKB168 Holdings Ltd., WIN168 Biz Solutions Ltd., CKB168 Ltd., CKB168 Biz Solutions, Inc., Cyber Kids Best Education Ltd., Rayla Melchor Santos, Huang Wai ("Howard") Shern, and Rui Li ("Florence") Leung*

2