

**UNITED STATES**
## SECURITIES AND EXCHANGE COMMISSION
**100 F St., N.E.**
**Washington, DC  20549-5041**

**DIVISION OF**
**ENFORCEMENT**

**Daniel Maher**
**Direct dial: (202) 551-4737**
**MaherD@sec.gov**

February 13, 2015

## <u>VIA ELECTRONIC CASE FILING</u>

The Honorable Roanne L. Mann
United States Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Re:     <u>*SEC v. CKB168 Holdings, Ltd., et. al.*</u>; Case No. 13-cv-5584 (EDNY)

Dear Magistrate Judge Mann:

Plaintiff Securities and Exchange Commission ("SEC") writes in response to a motion to withdraw filed by counsel for the Foreign Defendants[1] in this matter.  (Dkt. #'s 219-222).  The SEC does not have a position on who represents the Foreign Defendants. However, the SEC respectfully asks that if the Court grants counsel's request, that the Court order Foreign Defendants promptly to obtain new counsel, by a date certain, who will appear in this matter. The SEC further requests that the Court order that the SEC may serve Foreign Defendants directly by email until new counsel has appeared.  Unless Foreign Defendants designate a new email address, the email addresses for service shall be: Hshern@hotmail.com and Florence_Leung@hotmail.com.

Finally, the SEC will oppose any request by Foreign Defendants to delay this matter while they seek new counsel.

Respectfully submitted,

   /s/ Daniel J. Maher
Daniel J. Maher
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549
202-551-4737
MaherD@sec.gov

---

[1] The SEC uses the definition of "Foreign Defendants" set forth in counsel's filing.  *See* Dkt. #221 at 1.

The Honorable Roanne L. Mann
February 13, 2015
Page 2

<u>**CERTIFICATE OF SERVICE**</u>

I, the undersigned, do hereby certify that on February 13, 2015, a true and correct copy of the *foregoing* was filed with the Clerk of the Court and served on the below by ECF in accordance with the Federal Rules of Civil Procedure:

Peiwen Chang
Cogswell Nakazawa & Chang, LLP
444 W. Ocean Blvd., Ste. 1410
Long Beach, CA 90802
Peiwen_Chang@cnc-law.com
Attorney for:
      *Toni Tong Chen*
      *Cheongwha ("Heywood") Chang*
              *Defendants*
      and

      *HTC Consulting Inc.*
      *Arcadia Business Consulting, Inc.*
              Relief Defendants


Michael Joseph Frevola
Francis Robert Denig
Holland & Knight
31 West 52nd Street
New York, NY 10019
michael.frevola@hklaw.com
robert.denig@hklaw.com
Attorneys for:
      *Heidi Mao Liu (AKA "Heidi Mao")*
              Defendant

Suzan Jo
Marvin Pickholz
Duane Morris LLP
1540 Broadway
New York, NY 10036-4086
sjo@duanemorris.com
Attorneys for:
      *CKB168 Holdings Limited*
      *CKB168 Limited*
      *WIN168 Biz Solutions Limited*
      *CKB168 Biz Solution, Inc.*
      *Cyber Kids Best Education Limited*

The Honorable Roanne L. Mann
February 13, 2015
Page 3

> *Hung Wai ("Howard") Shern*
> *Rui Ling ("Florence") Leung*
> > Defendants

John Golaszewski
Schiller Law Group, PC
130 W. 42nd Street
Suite 10002
New York, NY 10036
jg@asfirm.com
Attorney for:
> *Daliang (David) Guo*
> *Wen Chen Hwang (Aka "Wendy Lee")*
> *Yao Lin*
> *Joan Congyi Ma (AKA "JC Ma")*
> *Chih Hsuan ("Kiki") Lin*
> > Defendants
> *Rosanna LS Inc.*
> *Ouni International Trading Inc.*
> *EZ Stock Club Corp.*
> *E Stock Club Corp.*
> *USA Trade Group Inc*
> > Relief Defendants

Jacob Frenkel
Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
12505 Park Potomac Avenue, 6th Floor
Potomac, MD 20854
jfrenkel@shulmanrogeres.com
Attorney for:
> *Rayla Melcher Santos (aka "Teacher Sam")*

> > > _/s/   Daniel Maher __
> > > Daniel Maher