UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

    *Plaintiff*,

v.

CKB168 HOLDINGS LTD., ET AL.

    *Defendants*,

- AND -

ROSANNA LS INC., ET AL.,

    *Relief Defendants*.

CASE NO.13-cv-5584 (RRM) (RLM)

## STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING THE PRELIMINARY INJUNCTION ENTERED AGAINST DEFENDANTS CHEONGWHA "HEYWOOD" CHANG AND TONI TONG CHEN

WHEREAS, the Court entered a October 9, 2013 Temporary Restraining Order as to all Defendants and Relief Defendants, freezing assets, enjoining them from destroying evidence, ordering an accounting and providing other emergency relief;

WHEREAS, the Court entered an Order on November 19, 2013 entering a preliminary injunction, asset freeze and other relief (the "Preliminary Injunction") as to defendants Toni Tong Chen ("Chen") and Cheongwha "Heywood" Chang ("Chang");

1

WHEREAS, the Preliminary Injunction permitted defendants Chen and Chang and Relief Defendants Arcadia and HTC to seek reasonable relief from the Preliminary Injunction;

WHEREAS, the Court entered an Order on December 4, 2013 modifying the terms of the Preliminary Injunction as to defendants Chen and Chang.

WHEREAS, the Court entered an Order on June 18, 2014, for a second modification on the terms of the Preliminary Injunction as to defendants Chen and Chang.

WHEREAS, Plaintiff Securities and Exchange Commission ("SEC") has agreed with defendants Chen and Chang regarding a third modification to the Preliminary Injunction;

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED** that the Preliminary Injunction is modified for the third time as follows:

A. In addition to the amount of $3,000 per month, defendants Chen and Chang shall be permitted to pay a total of $20,000 in legal expenses for the months of August through November 2015 and in connection with their efforts to oppose the Motion for Summary Judgment served by the SEC;

B. Defendants Chen and Chang shall be permitted to pay a total of $12,199.93 in legal expenses owed to their attorneys, Cogswell Nakazawa & Chang, LLP for the months of October 2014 through June 2015; and

C. Defendants Chen and Chang shall be permitted to borrow from defendant Chen's life insurance account at Western Reserve Life with the account number ending in -2800 for up to $32,199.93, to make the payment to their attorneys, Cogswell Nakazawa & Chang, LLP or to deposit said sum in their East West Bank account with the account number ending in -1684. Defendants Chen and Chang shall be permitted to access said East West Bank

account to withdraw up to $32,199.93 for their payment of attorneys' fees

owed to date and for the period August through November 30, 2015

SO AGREED:

_____
Peiwen Chang
Cogswell Nakazawa & Chang, LLP
444 West Ocean Blvd.
Suite 1410
Long Beach, CA 90802
Tel: (562) 951-8668
peiwen_chang@cnc-law.com

*Counsel for Defendants Toni Tong Chen and Cheongwha Chang and Relief Defendants Arcadia Business Consulting, Inc. and HTC Consulting LLC*

Dated: August 18, 2015

_____
Daniel J. Maher (admitted *pro hac vice*)
Assistant Chief Litigation Counsel
U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, DC 20549
Tel: (202) 551-4737
Fax: (202) 772-9227
maherd@sec.gov

*Counsel for Plaintiff Securities and Exchange Commission*

Dated: August 19, 2015

SO ORDERED:

_____
Hon. Roslynn R. Mauskopf
United States District Judge

8/21/2015

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on August 19, 2015, a true and correct copy of the *foregoing* was filed with the Clerk of the Court and served on the below by ECF in accordance with the Federal Rules of Civil Procedure, and pursuant to email for *pro se* defendants:

Peiwen Chang
Cogswell Nakazawa & Chang, LLP
444 W. Ocean Blvd., Ste. 1410
Long Beach, CA 90802
Peiwen_Chang@cnc-law.com
Attorney for:
    *Toni Tong Chen*
    *Cheongwha ("Heywood") Chang*
                    Defendants
and

    *HTC Consulting Inc.*
    *Arcadia Business Consulting, Inc.*
                    Relief Defendants


Michael Joseph Frevola
Francis Robert Denig
Holland & Knight
31 West 52nd Street
New York, NY 10019
michael.frevola@hklaw.com
robert.denig@hklaw.com
Attorneys for:
    *Heidi Mao Liu (AKA "Heidi Mao")*
                    Defendant

Foreign Entity Defendants:
    *WIN168 Biz Solutions Limited (actual addressee)*
    *CKB168 Holdings Limited*
    *CKB168 Limited*
    *CKB168 Biz Solution, Inc.*
    *Cyber Kids Best Education Limited*
Flat E, 5/F Hilton Tower
96 Granville Road
Tsim Sha Tsui
Hong Kong, China


Howard Shern
hshern@hotmail.com
Flat E, 5/F Hilton Tower
96 Granville Road

Tsim Sha Tsui
Hong Kong, China

Florence Leung
Florence_Leung@hotmail.com
Flat D, 13/F
Wah Fai Mansion
38 Granville Road
Tsimshatsui
Kowloon, Hong Kong."

John Golaszewski
Schiller Law Group, PC
130 W. 42nd Street
Suite 10002
New York, NY 10036
jg@asfirm.com
Attorney for:
    *Daliang (David) Guo*
    *Wen Chen Hwang (Aka "Wendy Lee")*
    *Yao Lin*
    *Joan Congyi Ma (AKA "JC Ma")*
    *Chih Hsuan ("Kiki") Lin*
                   Defendants
    *Rosanna LS Inc.*
    *Ouni International Trading Inc.*
    *EZ Stock Club Corp.*
    *E Stock Club Corp.*
    *USA Trade Group Inc*
               Relief Defendants


Jacob Frenkel
Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
12505 Park Potomac Avenue, 6th Floor
Potomac, MD 20854
jfrenkel@shulmanrogeres.com
Attorney for:
    *Rayla Melcher Santos (aka "Teacher Sam")*

                                 /s/ Daniel J. Maher
                                 Daniel J. Maher