UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

        - against -

CKB168 HOLDINGS, LTD., et al.,

                Defendants.
-----------------------------------------------------------------X

ORDER
13-CV-5584 (RRM) (RLM)

ROSLYNN R. MAUSKOPF, United States District Judge.

Non-parties Guo Zhong Ma and Hao En Jia (the "applicants"), who are parents of defendant Joan Congyi Ma ("Ma"), ask the Court to order the release of certain funds (the "subject funds") contained in an account controlled by East West Bank. (Mot. Release Funds (Doc. No. 374.) The subject funds have been frozen pursuant to a preliminary injunction entered in this litigation. Plaintiff Securities and Exchange Commission ("SEC") opposes that request. (Opp'n (Doc. No. 375).)

Chief Magistrate Judge Roanne L. Mann issued a Report and Recommendation ("R&R") recommending that the applicants' motion be granted in part, and that the preliminary injunction be modified to lift the freeze on $76,770.40 of the subject funds. (R&R (Doc. No. 383).) Chief Magistrate Judge Mann reminded the parties that, pursuant to Rule 72(b), any objection to the R&R must be filed by July 10, 2017. No objection has been filed.

Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, concurs with the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007).

Accordingly, it is hereby ordered that the R&R (Doc. No. 383) is adopted in its entirety and that the preliminary injunction be modified to lift the freeze on $76,770.40 of the subject funds.

The Clerk of Court is respectfully directed to mail a copy of this Memorandum and Order to the applicants, address as follows:

    Mrs. Hao En Jia
    Mr. Guo Zhong Ma
    411 E. Huntington Dr.
    Room 107
    Arcadia, CA 91006-3731

                              SO ORDERED.

Dated: Brooklyn, New York
       Sept 27, 2017

                          s/Roslynn R. Mauskopf
                          _____
                          ROSLYNN R. MAUSKOPF
                          United States District Judge