UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| *Plaintiff*, | : |
| v. | : 13-cv-5584 (RRM)(RLM) |
| CKB168 HOLDINGS LTD., ET AL. | : |
| *Defendants*, | : |
| - AND - | : |
| ROSANNA LS INC., ET AL. | : |
| *Relief Defendants*. | : |

**FINAL JUDGMENT AS TO DEFENDANTS WEN CHEN LEE, CHIH HSUAN LIN, TONI TONG CHEN, AND CHEONG WHA CHANG**

The Court having previously entered judgment against Defendants Wen Chen Lee ("Wendy Lee"), Chih Hsuah Lin ("Kiki Lin"), Toni Tong Chen ("Toni Chen"), and Cheong Wha Chang ("Heywood Chang") on June 29, 2016 and September 27, 2017 (Dkt. Nos. 358, 359, 396, 397) and having imposed injunctive relief and disgorgement pursuant to Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") [15 U.S.C. § 78j(b)] and Rule 10b-5 promulgated thereunder [17 C.F.R. § 240.10b-5], Section 15(a) of the Exchange Act [15 U.S.C. § 78o(a)], Section 5 of the Securities Act of 1933 ("Securities Act") [15 U.S.C. § 77e], and Section 17(a) of the Securities Act [15 U.S.C. § 77q(a)], while ordering that financial penalties would be determined upon motion of the Commission, and the Commission having so moved:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Wendy Lee, Kiki Lin, Toni Chen, and Heywood Chang shall pay no financial penalties.

II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

III.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

Dated: _September 29_, _2020_

*s/Roslynn R. Mauskopf*
_____
CHIEF JUDGE UNITED STATES
DISTRICT COURT - NYED